# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ROBERTO MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TAMI ARDEN,<br><br>　　　　Defendant. | Case No. 1:10-cv-01569 AWI DLB PC<br><br>ORDER FINDING COGNIZABLE CLAIM AND DIRECTING DEFENDANT ARDEN TO FILE A RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT<br><br>[ECF No. 34]<br><br>THIRTY-DAY DEADLINE |

Plaintiff Luis Roberto Martinez ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 31, 2010. The Court has screened Plaintiff's Second Amended Complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for cruel and unusual punishment in violation of the Eighth Amendment against Defendant Arden.

Accordingly, IT IS HEREBY ORDERED that Defendant Arden shall file a response to the Second Amended Complaint within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

　　Dated:　**October 15, 2014**　　　　　　　／s／ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1